# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| JERRY LENEZ BANGMON, § <br> TDCJ # 01568309, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> § <br> DAMON ALEXANDER, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 3:14-370 <br> APPEAL NO. 18-41043 |

## **ORDER**

Plaintiff Jerry Lenez Bangmon has appealed this Court's dismissal of his civil rights claims, which was entered on September 5, 2018 (Dkt. 64, Dkt 65). He filed his notice of appeal (Dkt. 67) on October 31, 2018. On January 28, 2020, the Court of Appeals remanded the case for a determination as to whether Bangmon's deadline for filing his notice of appeal should be extended. *See* Dkt. 85.

Federal Rule of Appellate Procedure 4(a)(5) permits a district court to extend the time to file a notice of appeal if the party shows excusable neglect or good cause. FED. R. APP. P. 4(a)(5)(A)(ii). Bangmon's notice of appeal attached a declaration executed on October 24, 2018, in which he stated that he had surgical procedures on September 12 and 19, 2018, and requested that his late-filed notice of appeal be accepted as timely (Dkt. 67, at 3).

The Court finds good cause to extend Bangmon's time to file his notice of appeal. Therefore, having considered Bangmon's filings and all matters of record, the Court now **ORDERS** that Bangmon's request for an extension of time to file his notice of appeal is **GRANTED**.

SIGNED at Houston, Texas, on February 3, 2020.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE