# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS GALVESTON DIVISION

No. 3:14-cv-0370

JERRY LENEZ BANGMON, TDCJ #1568309, PLAINTIFF,

v.

DAMON ALEXANDER, ET AL., DEFENDANTS.

## ORDER REINSTATING CASE

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE:*

The Fifth Circuit has remanded this civil-rights case for further proceedings and the plaintiff, state inmate Jerry Lenez Bangmon, has filed a motion for appointment of counsel. This case is **REINSTATED** on the court's active docket.

A district court may appoint counsel for an indigent inmate where a case presents exceptional circumstances, such as a trial that "will consist in large part of conflicting testimony so as to require skill in the presentation of evidence." *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982); *see* 28 U.S.C. § 1915(e)(1). Because this case will require investigation and a trial, Bangmon's motion for appointment of counsel (Dkt. 95) is **GRANTED.** The court has located a law firm that has volunteered to take the case and now appoints the following attorneys to represent Bangmon:

GARRETT BRAWLEY
ALEX ROBERTS
CASSIE MANEEN
Beck Redden L.L.P.
1221 McKinney Street, Suite 4500
Houston TX 77010-2010
Direct: 713-951-6240
Fax: 713-951-3270
Email: gbrawley@beckredden.com
Email: aroberts@beckredden.com
Email: cmaneen@beckredden.com

Counsel appointed for the plaintiff must file a notice of appearance on the plaintiff's behalf no later than **10 days** from the date of this order. Once counsel has done so, the court will issue a separate order setting this case for a pretrial conference.

This appointment shall remain in effect until terminated or substitute counsel is appointed. The plaintiff is advised that, until the appointment of counsel is terminated, the court will accept pleadings, motions, and correspondence from counsel only. The plaintiff is further advised to communicate respectfully and to cooperate fully with counsel to the best of his ability.

Counsel for the plaintiff may contact the Clerk's office for copies of the relevant pleadings in this case. Counsel for the defendants, who are represented by the state Attorney General's office, is directed to provide the plaintiff's appointed counsel with copies of any discovery exchanged previously in this case within **30 days** and to assist the plaintiff's counsel, if necessary, with contacting the plaintiff in person or by telephone at the Stiles Unit in Beaumont, where he is currently confined.

The Clerk will provide a copy of this order to the parties of record. The Clerk will further provide a copy of this order to the plaintiff's appointed counsel by electronic mail or fax and by certified mail, return receipt requested.

Signed at Galveston Island, Texas, on __October 13th_____, 2021.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE